**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL BENSI, et al.,

    Plaintiffs,

v.

RICHARD THOMAS BROWN, JR., et al.,

    Defendants.
_____/

No. C 11-03944 JSW

**ORDER OF REFERRAL FOR ALL PURPOSES**

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Maria-Elena James, Magistrate Judge Elizabeth D. Laporte, or Magistrate Judge Joseph C. Spero for all further proceedings.

    **IT IS SO ORDERED.**

Dated: January 30, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk