1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   PAUL BENSI, et al.,

10              Plaintiffs,                          No. C 11-03944 JSW

11    v.

12   RICHARD THOMAS BROWN, JR., et al.,       **ORDER OF REFERRAL FOR ALL**
                                              **PURPOSES**
13              Defendants.

14   _____/

15          Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this

16   matter is HEREBY REFERRED to Magistrate Judge Maria-Elena James, Magistrate Judge

17   Elizabeth D. Laporte, or Magistrate Judge Joseph C. Spero for all further proceedings.

18          **IT IS SO ORDERED.**

19

20   Dated: January 30, 2012                  _____
                                              JEFFREY S. WHITE
21                                            UNITED STATES DISTRICT JUDGE

22

23   cc:  Magistrate Referral Clerk

24

25

26

27

28

**United States District Court**
For the Northern District of California