IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, | No. C -11-03944 EDL |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW** |
| v. | |
| RICHARD THOMAS BROWN JR, et al., | |
| Defendants. | |

Before the Court is an unopposed motion by Attorney Peter Magganas for permission to withdraw as counsel for Defendants. Because this matter is appropriate for decision without oral argument, the September 18, 2012 hearing is vacated.

Counsel states that he and his clients have agreed to terminate their attorney-client relationship because counsel is planning on moving out of state. See Magganas Decl. ¶¶ 1-2. An individual Defendant has agreed to be the authorized contact person for Defendants. See Mot. at 2. Good cause appearing, the motion to withdraw as counsel for Defendants is granted. Defendant Richard Brown shall serve as the authorized person for paperwork, notice, service and all other contact until Defendants retain substitute counsel. As stated in the motion, mail for Mr. Brown may be sent to: 339 Parker Ave., #14, Rodeo, CA 94572.

Defendants are reminded that under this Court's Local Rules, "a corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." N.D. Cal. Civ. R. 3-9(b). Thus, to the extent that any Defendants are corporate entities, they must obtain new counsel in this matter and may not proceed pro se.

IT IS SO ORDERED.

Dated: August 31, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge