UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PAUL BENSI**

    Plaintiff(s),                      No. C-**11-03944** EDL

    v.                                **ORDER OF CONDITIONAL DISMISSAL**

**RICHARD THOMAS BROWN JR**

    Defendants.
_____/

    The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 60 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: December 21, 2012

                                           _____
                                           ELIZABETH D. LAPORTE
                                           United States Magistrate Judge