WILLIAM A. SOKOL, Bar No. 072740
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bsokol@unioncounsel.net
         lbjones@unioncounsel.net
         ecarder@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND,<br><br>     Plaintiffs,<br><br> v.<br><br>RICHARD THOMAS BROWN, JR., Individually; RICHARD THOMAS BROWN, JR., Individually and doing business as MOONLITE ELECTRIC; MOONLITE ELECTRIC, a Sole Proprietorship; MOONLITE ELECTRIC INC., a California Corporation,<br><br>     Defendants. | No. C 11-03944 EDL<br><br>**STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT
Case No. C 11-03944 EDL

The Parties hereto hereby stipulate and agree as follows:

1. Plaintiffs PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND ("Trust Funds" or "Plaintiffs"), brought the above-captioned action against Defendants RICHARD THOMAS BROWN, JR., Individually; RICHARD THOMAS BROWN, JR., Individually and doing business as MOONLITE ELECTRIC; MOONLITE ELECTRIC, a Sole Proprietorship; MOONLITE ELECTRIC INC., a California Corporation, ("Moonlite Electric" or "Defendants"). Plaintiffs, in this action, sought payment of delinquent fringe benefit contributions, liquidated damages, interest and testing fees revealed in a payroll compliance testing audit of Defendants' books and records for the period January 1, 2005 through December 31, 2008 ("payroll compliance testing"). Plaintiffs are also seeking attorneys' fees and other reasonable costs incurred in connection with this action.

2. The parties reached a settlement of this action at the December 17, 2012 mediation before Mediator Robert S. Luft, Esq. ("Settlement").

3. The parties hereby stipulate and agree to settle this action under the following terms:

4. Defendants agree to have judgment entered against them as follows:
   a. Judgment shall be entered against Defendants in the amount of $20,000.00.
   b. Defendants agree to pay the $20,000.00 in forty (40) equal monthly payments of $500.00. The first monthly installment payment is due on or before February 1, 2013. Thereafter, all payments shall be due on or before the 1st day of the month in which it is due. By way of example, the second payment is due on or before March 1, 2013. Defendants' payment schedule is attached hereto as Exhibit A, and incorporated herein by reference.
   c. If Defendants fail to make a payment as set forth in Paragraphs 4(b) or fail to comply with any other material condition herein, the Defendants will be in

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT
Case No. C 11-03944 EDL

default of this Stipulation for Entry of Judgment. Plaintiffs will notify Defendants of the default and the Defendants shall have ten (10) days from the date of the notice to cure the default. The Trust Funds will provide notice of default as set forth in Paragraph 6 below.

5. Defendants shall remit the payments as described in Paragraph 4 above, and made payable to the STATIONARY ENGINEERS LOCAL 39 TRUST FUNDS, to the Trust Funds' offices at:

> Stationary Engineers Local 39 Trust Funds
> c/o BeneSys Administrators
> P.O. Box 4286
> Hayward, CA 94540-4286

With a copy of the payment mailed to the Trust Funds' counsel at:

> Linda Baldwin Jones, Esq.
> WEINBERG, ROGER & ROSENFELD, P.C.
> 1001 Marina Village Parkway, Suite 200
> Alameda, CA 94501

6. Plaintiffs shall submit written notices to Defendants, as specified in Paragraph 4c, to the following individual:

> Richard T. Brown
> Moonlite Electric
> 339 Parker Avenue #14
> Rodeo, CA 94572

With a copy to Defendants' counsel at:

> Richard Hill, Esq.
> LITTLER MENDELSON, P.C.
> 650 California Street, 20th Floor
> San Francisco, CA 94108

7. If the terms of the Stipulation for Entry of Judgment are litigated for any reason, the prevailing party is entitled to their attorneys' fees and costs incurred in bringing such litigation.

8. In consideration of the mutual promises herein and the consideration set forth above, the Trust Funds, on behalf of themselves, their respective current or former officers, trustees, employees, agents, directors, subsidiaries, parent companies, predecessors, successors, representatives and assigns hereby release, waive and forever discharge the Defendants and its

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

respective current or former officers, employees, agents, directors, attorneys, predecessors, successors, representatives and assigns (collectively the "Releasees") from any and all claims, rights, demands, liabilities, causes of action, damages, losses, costs or expenses (including attorneys' fees and testing fees) of any kind whatsoever, known or unknown, suspected or unsuspected, that the Trust Funds may now have or ever had against any of the Releasees at any time up to the date of the termination of the collective bargaining agreement between Stationary Engineers Local 39 and Defendants on February 17, 2013.  This includes, but is not limited to, all of the claims for relief asserted in the Action.

9. In consideration of the mutual promises herein and the consideration set forth above, the Defendants, on behalf of themselves, their current or former officers, employees, agents, directors,  attorneys, predecessors, successors, representatives and assigns hereby release, waive and forever discharge the Trust Funds and their respective current or former officers, employees, agents, trustees, directors, attorneys, predecessors, successors, representatives and assigns (collectively the "Releasees") from any and all claims, rights, demands, liabilities, causes of action, damages, losses, costs or expenses (including attorneys' fees) of any kind whatsoever, known or unknown, suspected or unsuspected, that the Defendants may now have or ever had against any of the Releasees at any time up to the date of the termination of the collective bargaining agreement between Stationary Engineers Local 39 and Defendants on February 17, 2013.  This includes, but is not limited to, all of the claims for relief asserted in the Action.

10. The Trust Funds and Defendants expressly waive all rights and benefits, if any, afforded by Section 1542 of the California Civil Code, or any analogous state law, federal law or regulation, and understand and acknowledge the significance and consequences of this waiver. Section 1542 provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

11. Plaintiffs stipulate that if they take any action to secure the stipulated judgment, Plaintiffs agree to remove all liens once the payments have been made and pay all costs associated with removing said liens.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT
Case No. C 11-03944 EDL

1  12. Defendants further stipulate and agree that if Moonlite Electric, Inc. or Moonlite
2  Electric, a sole proprietorship, are sold, this Stipulation for Entry of Judgment shall be binding on
3  their successors, heirs, and assigns regardless of whether they change the name or style or address
4  of the business.

5  13. The provisions set forth in this Stipulation for Entry of Judgment are not in
6  violation of any state or federal law.  However, if any portion of said stipulation is found to be in
7  violation of any state or federal law, then Defendants shall continue to pay the indebtedness
8  outlined herein under Paragraph 4.

9  14. Plaintiffs and Defendants acknowledge to each other that they have had an
10 opportunity to be represented by independent legal counsel of their own choice throughout all of
11 the negotiations that preceded the execution of this Stipulation for Entry of Judgment.  Plaintiffs
12 and Defendants further acknowledge that they have had adequate opportunity to perform
13 whatever investigation or inquiry they may deem necessary in connection with the subject matter
14 of this Stipulation for Entry of Judgment prior to its execution, and agree with the delivery and
15 acceptance of the considerations specified in this Stipulation for Entry of Judgment.

16 15. This Stipulation may be executed in counterpart, and each counterpart shall be
17 deemed a duplicate original and the same agreement.

18 16. The parties hereto mutually state that they have read the foregoing Stipulation for
19 Entry of Judgment and are fully aware of its contents and legal facts.  This Stipulation for Entry
20 of Judgment constitutes the entire agreement of the parties and is entered into on the dates below
21 indicated.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4
STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT
Case No. C 11-03944 EDL

17. The parties further stipulate and agree that the Court shall retain jurisdiction over the Settlement Agreement between the parties executed at the Mediation on December 17, 2012, and attached hereto as Exhibit B, and incorporated herein by reference.

Dated: February 11, 2013

STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND

By: /s/ Bart Florence
     BART FLORENCE, Trustee

Dated: February 11, 2013

RICHARD THOMAS BROWN, JR., INDIVIDUALLY AND ON BEHALF OF MOONLITE ELECTRIC, A SOLE PROPRIETORSHIP

By: /s/ Richard Thomas Brown
     RICHARD THOMAS BROWN, JR., Individually and behalf of Moonlite Electric, a Sole Proprietorship

Dated: February 11, 2013

MOONLITE ELECTRIC, INC., A CALIFORNIA CORPORATION

By: /s/ Richard Thomas Brown
     RICHARD THOMAS BROWN, JR.

**APPROVED AS TO FORM AND CONTENT:**

Dated: February 13, 2013

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Linda Baldwin Jones
     LINDA BALDWIN JONES
     EZEKIEL D. CARDER
     Attorneys for Plaintiffs

5
STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT
Case No. C 11-03944 EDL

1  Dated: February 11, 2013                      LITTLER MENDELSON, P.C.
2
3                                                /s/ Richard N. Hill
                                         By:     RICHARD N. HILL
4                                                Attorneys for Defendants

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

6
STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT
Case No. C 11-03944 EDL

### [~~PROPOSED~~] ORDER AND JUDGMENT

It is so ordered that Judgment is entered against Defendants RICHARD THOMAS BROWN, JR., Individually; RICHARD THOMAS BROWN, JR., Individually and doing business as MOONLITE ELECTRIC; MOONLITE ELECTRIC, a Sole Proprietorship; MOONLITE ELECTRIC INC., a California Corporation, as set forth in the Stipulation for Entry of Judgment.  Moreover, the Court will retain jurisdiction over this case and the Settlement Agreement between the Plaintiffs and Defendants until June 1, 2016.  ~~In addition, the Court orders:~~

Dated: February 15, 2013

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

128629/698903

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

7
STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT
Case No. C 11-03944 EDL